UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, for himself and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>THE FRUIT COMPANY, INC.,<br><br>Defendant. | 20 CV 05946 (RRM)(PK) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

Dated: New York, NY
       March 23, 2021

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

1

|  |  |
|---|---|
|  | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
|  | By: ___/s/ Todd Rosenbaum___ |
|  | Todd Rosenbaum |
|  | TFRosenbaum@mintz.com |
|  | 666 3RD AVE |
|  | CHRYSTLER EAST |
|  | NEW YORK, NY 10017 |
| Dated: New York, NY | Telephone: (212) 935-3000 |
|  | Facsimile: (212) 983-3115 |
| 3/25/2021 | **ATTORNEYS FOR DEFENDANT** |

**So ordered.**

Dated: Brooklyn, NY   _____
                     Roslynn R. Mauskopf,
                     United States District Judge

2